Henry Webb, Plaintiff-Appellee, v. Gene Marchesi, d/b/a Freeport Lincoln-Mercury Company, Defendant-Appellant.

Gen. No. 11,298. 

Second District, Second Division.

January 18, 1960.

Released for publication February 4, 1960.

75

Barrick
and Jackson (William C. Jackson, of counsel) for appellant; Samuel L. Dean, Jr., for appellee. Opinion by JUSTICE CROW. Not to be published in full.